UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NORMAN CHICOINE,

   Plaintiff,

-vs-                                                      CASE NO.:  6:17-CV-00178

BLUESTEM BRANDS, INC. D/B/A
FINGERHUT,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, NORMAN CHICOINE, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, NORMAN CHICOINE, and Defendants, BLUESTEM BRANDS, INC. D/B/A FINGERHUT, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via E-filing on this 3rd day of August, 2017 to all parties of record.

                                                      /s/Shaughn C. Hill, Esquire
                                                      Shaughn C Hill, Esquire
                                                      Morgan & Morgan, Tampa,  P.A.
                                                      One Tampa City Center
                                                      Tampa, FL 33602
                                                      Tele:  (813) 223-5505
                                                      Fax:  (813) 223-5402
                                                      shill@forthepeople.com
                                                      Florida Bar #: 0105998
                                                      Attorney for Plaintiff